# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JENNIFER DEJOHN**, individually and on behalf of similarly situated persons,<br><br>    Plaintiff,<br>        v.<br><br>**K3 WORKS, INC. d/b/a DOMINO'S PIZZA** and **BILL KENT**,<br><br>    Defendants. | **Case No. 1:20-cv-01289-TJM-DJS**<br><br>**Jury Demanded** |

## PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT

**COMES NOW**, Plaintiff Jennifer DeJohn, on behalf of herself and those similarly situated, and hereby moves for renewed default judgment pursuant to Fed. R. Civ. P. 55(b) against Defendants K3 Works, Inc. and Bill Kent (collectively, "Defendants"), and respectfully shows the Court as follows:

1. On October 19, 2020, Plaintiff filed her Original Complaint against Defendants and Defendants were properly served with process on February 26, 2021. *See* Dkt. #7, 10.

2. Since that time, Defendants have failed to timely answer Plaintiff's Complaint, have not entered an appearance, and are accordingly in default pursuant to Fed. R. Civ. P. 55(b).

3. Plaintiff initially requested that the Court enter a default judgment against Defendants pursuant to Fed. R. Civ. P. 55(b) on May 26, 2021. Dkt. #15.

4. On March 8, 2022, the Court granted in part and denied in part Plaintiff's Motion for Entry of Default Judgment against Defendants K3 Works, Inc. and Bill Kent. Dkt. #16.

5. Per the Order, the Court granted Plaintiff leave to file a Renewed Motion for Default Judgment to submit an affidavit from Plaintiff setting forth her damages and to provide additional support for the requested attorneys fees, costs, and expenses.

**6.** Defendants are currently indebted to Plaintiff in the amount of $45,657.60. See **Exhibit A,** Plaintiff's Affidavit.

7. Plaintiff is also entitled to attorneys' fees, costs, and expenses in the amount of $6,669.35, as proven by J. Forester's renewed affidavit, attached hereto as **Exhibit B**.

WHEREFORE, Plaintiff requests that the Court enter a default judgment against Defendants and in favor of Plaintiff awarding the damages set forth above and in the supporting Exhibits.

Respectfully submitted,

*/s/ J. Forester*
**J. FORESTER**
**FORESTER HAYNIE PLLC**
Texas Bar No. 24087532
400 N. St. Paul Street, Suite 700
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
jay@foresterhaynie.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be served on all Parties in accordance with the Federal Rules of Civil Procedure.

*/s/ J. Forester*
**J. FORESTER**